**Albert Senciper, appellee, v. H. C. Massey and Roy W. Massey, trading as Massey Brothers, appellants.**

Assumpsit for balance due on contract for services. Judgment for plaintiff. Appeal from the City Court of Granite City; the

Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
Harry Faulkner, for appellants. Wm. M. P. Smith, for appellee.
Mr. Justice Boggs delivered the opinion of the court.